NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
COUNTY OF NAPA, NAPA COUNTY SHERIFF'S
SERGEANT DAVID ACKMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA, Deceased, through his Co-Successors in Interest, A.G. and E.G., minors, through their mother and Next Friend, EVA LOPEZ HERNANDEZ, Individually and as Co-Successors in Interest for JUAN GARCIA, Deceased; EVA LOPEZ HERNANDEZ, Individually; EDUARDO DANIEL LOPEZ RAMIREZ, Individually; MARIA DEL CARMEN BAZAN MARTINEZ, Individually; and JOSE GARCIA FLORES, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF NAPA, a public entity; NAPA COUNTY SHERIFF'S SERGEANT DAVID ACKMAN, individually; and DOES 1 through 10, individually, jointly and severally,<br><br>Defendants. | Case No. C21-03519 HSG<br><br>**AMENDED STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>Judge: Hon. Haywood S. Gilliam Jr.<br>Trial Date:     April 17, 2023 |

All parties, by and through their counsel of record, submit this Stipulation and Proposed Order wherein they stipulate as set forth below and hereby move this Court to modify its Scheduling Order, entered on May 18, 2022 (ECF 44). The parties stipulate that good cause exists to amend the operative scheduling order as indicated below.

WHEREAS the depositions of the Plaintiffs have not been completed due to scheduling issues of counsel of the parties, pending trials of other matters and the number of Plaintiffs. Those depositions are in the process of being schedule. Defendant Sgt. Ackman's deposition has been completed. Plaintiffs are also seeking the deposition of the Sheriff (former) and Undersheriff which have not yet been completed. The discovery has been delayed due to the press of business by all counsel.

WHEREAS no party will be prejudiced by the proposed extension below, nor are any key substantive dates of the Court affected, including no effect to the trial date.

WHEREAS the parties have met and conferred and have proposed amending the current Scheduling Order per the dates and deadlines listed below as they need more time for discovery.

WHEREAS the parties propose the following new dates, subject to the Court's approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of Fact Discovery** | **September 5, 2022** | **October 3, 2022** |
| **Exchange of Opening Expert Reports** | **September 16, 2022** | **October 3, 2022** |
| **Exchange of Rebuttal Expert Reports** | **September 30, 2022** | **October 17, 2022** |
| **Close of Expert Discovery** | **November 17, 2022** | **November 30, 2022** |
| Last Day to File Dispositive Motions | October 20, 2022 | UNCHANGED |
| Last Day to File Oppositions to Dispositive Motions | Four weeks after motion filed | UNCHANGED |
| Last Day to File Replies to Dispositive Motions | Two weeks after oppos. filed | UNCHANGED |
| Dispositive Motion Hearing | December 15, 2022, at 2:00 p.m. | UNCHANGED |
| Pretrial Conference | March 28, 2023, at 3:00 p.m. | UNCHANGED |
| Jury Trial | April 17, 2023, at 8:30 a.m. | UNCHANGED |

WHEREAS good cause exists to amend the operative scheduling order to allow the parties adequate time to conduct discovery and prepare their cases and defenses.

///

///

///

IT IS SO STIPULATED

The parties attest that concurrence in the filing of these documents had been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Dated: August 22, 2022            HADDAD & SHERWIN LLP

By:   /s/ Michael J. Haddad
      Michael J. Haddad
      Attorneys for Plaintiffs

Dated: August 22, 2022            McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By:   /s/ Noah G. Blechman
      Noah G. Blechman
      John J. Swafford
      Attorneys for Defendants

## ORDER

Pursuant to the stipulation of the parties, and with good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Order in this case be modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of Fact Discovery** | **September 5, 2022** | **October 3, 2022** |
| **Exchange of Opening Expert Reports** | **September 16, 2022** | **October 3, 2022** |
| **Exchange of Rebuttal Expert Reports** | **September 30, 2022** | **October 17, 2022** |
| **Close of Expert Discovery** | **November 17, 2022** | **November 30, 2022** |
| Last Day to File Dispositive Motions | October 20, 2022 | UNCHANGED |
| Last Day to File Oppositions to Dispositive Motions | Four weeks after motion filed | UNCHANGED |
| Last Day to File Replies to Dispositive Motions | Two weeks after oppos. filed | UNCHANGED |
| Dispositive Motion Hearing | December 15, 2022, at 2:00 p.m. | UNCHANGED |
| Pretrial Conference | March 28, 2023, at 3:00 p.m. | UNCHANGED |
| Jury Trial | August 17, 2023, at 8:30 a.m. | UNCHANGED |

IT IS SO ORDERED

Dated: 8/23/2022                  By: *Haywood S. Gilliam Jr.*
                                  Hon. Haywood S. Gilliam, Jr.
                                  UNITED STATES DISTRICT JUDGE