UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF NAPA, et al.,<br><br>    Defendants. | Case No. 21-cv-03519-HSG<br><br>**ORDER** |

The Court has reviewed the parties' response (Dkt. No. 74) to its order to show cause (Dkt. No. 73). The parties are advised that (1) no trial or pretrial deadlines will be continued or vacated; and (2) if no federal claim survives summary judgment, there will not be a federal trial (or a summary judgment ruling) on any of the state claims, because the Court would decline supplemental jurisdiction over those claims.

**IT IS SO ORDERED.**

Dated: 12/2/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge