1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  JOHN J. SWAFFORD (State Bar No. 321174)
   John.Swafford@McNamaraLaw.com
3  McNAMARA, AMBACHER, WHEELER,
   HIRSIG & GRAY LLP
4  3480 Buskirk Avenue, Suite 250
   Pleasant Hill, CA 94523
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203

   Attorneys for Defendants
   COUNTY OF NAPA, NAPA COUNTY SHERIFF'S
   SERGEANT DAVID ACKMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA, Deceased, through his Co-Successors in Interest, A.G. and E.G., minors, through their mother and Next Friend, EVA LOPEZ HERNANDEZ, Individually and as Co-Successors in Interest for JUAN GARCIA, Deceased; EVA LOPEZ HERNANDEZ, Individually; EDUARDO DANIEL LOPEZ RAMIREZ, Individually; MARIA DEL CARMEN BAZAN MARTINEZ, Individually; and JOSE GARCIA FLORES, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF NAPA, a public entity; NAPA COUNTY SHERIFF'S SERGEANT DAVID ACKMAN, individually; and DOES 1 through 10, individually, jointly and severally,<br><br>Defendants. | Case No. C21-03519 HSG<br><br>**STIPULATION AND ORDER CONTINUING EXPERT DISCOVERY DEADLINES**<br><br>Judge: Hon. Haywood S. Gilliam Jr.<br>Trial Date:  April 17, 2023 |

All parties, by and through their counsel of record, submit this Stipulation and Proposed Order wherein they stipulate as set forth below and hereby move this Court to modify its Scheduling Order, entered on August 23, 2022 (ECF 49). The parties stipulate that good cause exists to amend the operative scheduling order as indicated below.

STIPULATION AND ORDER TO AMEND
EXPERT DEADLINES - C21-03519 HSG

WHEREAS taking into account the recent hearing regarding the pending Motion for Summary Judgment and Motion for Leave to Amend that were taken under submission, the parties met and conferred yesterday in earnest and agreed to defer scheduled expert depositions at this time, as well as the close of expert discovery (per the Court's permission sought herein), pending these motions. Considering both parties have four experts per side, the expenditure of resources, time and the costs are impactful and significant so the parties agree a deferment would further the economy of the matter for all parties. Additionally, as was discussed in detail at the hearing yesterday, it appears very likely that a trial in this matter cannot logically go forward as set in April of 2023 due to the procedural and substantive issues involved in these pending motions and potential for appellate review. The outcome of the motions could also affect the expert opinions that would be at issue and would need to be covered in the expert depositions, not to mention the possible need for supplemental expert reports if a new claim is added and/or the need for new experts and disclosures.

WHEREAS the parties have set a tentative Settlement Conference with the Honorable Judge Laurel Beeler on January 27, 2022. The parties propose deferring the current Expert Discovery deadline to a reasonable period of time after the completion of the Settlement Conference.

WHEREAS no party will be prejudiced by the proposed Expert Discovery deferment below, nor are any key substantive dates of the Court affected.

WHEREAS the parties propose the following new date, subject to the Court's approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of Expert Discovery** | **January 20, 2023** | **March 10, 2023** |
| Pretrial Conference | March 28, 2023, at 3:00 p.m. | UNCHANGED |
| Jury Trial | April 17, 2023, at 8:30 a.m. | UNCHANGED |

WHEREAS good cause exists to amend the operative scheduling order to allow the parties to defer expert discovery to minimize the economic impact to all parties and to strategically prepare for the Court's ruling on the said motions taken under submission.

///

///

IT IS SO STIPULATED

The parties attest that concurrence in the filing of these documents had been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Dated: December 16, 2022     HADDAD & SHERWIN LLP

By:    /s/ Michael J. Haddad
Michael J. Haddad
Attorney for Plaintiffs

Dated: December 16, 2022     McNamara, Ambacher, Wheeler, Hirsig & Gray LLP

By:    /s/ Noah G. Blechman
Noah G. Blechman
John J. Swafford
Attorneys for Defendants

STIPULATION AND ORDER TO AMEND
EXPERT DEADLINES - C21-03519 HSG     3

**ORDER**

Pursuant to the stipulation of the parties, and with good cause appearing therefore, IT IS HERBY ORDERED that the Scheduling Order in this case be modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of Expert Discovery** | **January 20, 2023** | **March 10, 2023** |
| Pretrial Conference | March 28, 2023, at 3:00 p.m. | UNCHANGED |
| Jury Trial | April 17, 2023, at 8:30 a.m. | UNCHANGED |

IT IS SO ORDERED

Dated: 12/20/2022            By: _____
                                 Hon. Haywood S. Gilliam, Jr.
                                 UNITED STATES DISTRICT JUDGE